UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――x

JILL PREJEAN,

      Plaintiff,                                           Case No. 20-cv-8018 (JPO)

                                                                 AFFIRMATION OF RIA JULIEN

v.

INFOSYS LIMITED, MARK LIVINGSTON,
DAN ALBRIGHT, and JERRY KURTZ,
Jointly and severally,

      Defendants.
―――――――――――――――――――――――――――――――x

      Ria Julien, Esq., an attorney admitted to practice in the State of New York and currently in good standing with the bar of New York and the Southern District of New York, affirms the following under the pains and penalty of perjury:

1. I am a partner in the law firm of Mirer, Mazzocchi, & Julien PLLC, attorneys for Plaintiff in the above captioned action, and as such I am fully familiar with the facts and circumstances of this matter.

2. I am also counsel for Plaintiff in this matter.

3. I submit this affirmation in Opposition to Defendant Albright's Motion to Dismiss this action.

4. I here attach as Exhibit A, the Affidavit of Plaintiff Jill Prejean.

5. I here attach as Exhibit B, the EEOC charge against Infosys referred to in Plaintiff's brief.

Date:  New York, New York
         January 11, 2022

                                        MIRER MAZZOCCHI & JULIEN, PLLC

                                        _____._____
                                        By: Ria Julien
                                        1 Whitehall St., 16th floor
                                        New York, NY 10004
                                        (212) 231-2235
                                        *Attorneys for Plaintiff*