UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

JILL PREJEAN,

      Plaintiff,

v.

INFOSYS LIMITED, MARK LIVINGSTON,
DAN ALBRIGHT, and JERRY KURTZ,
Jointly and severally,

      Defendants.
_____x

Case No. 20-cv-8018 (JPO)

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that as of July 18, 2022, the law firm of Julien & Mirer, PLLC, will change its name to Julien Mirer & Singla, PLLC at the same mailing address as follows:

JULIEN MIRER & SINGLA, PLLC
A Working People's Law Center
1 Whitehall Street, 16th Floor
New York, NY 10004
Tel. (212) 231-2235
Fax (251) 319-2955

PLEASE TAKE FURTHER NOTICE that starting July 18, 2022, all pleadings, correspondence and communications should be forwarded to the firm under its new name and all files and records maintained by your office should be marked to reflect this change.

Dated: New York, New York
       July 12, 2022

                          JULIEN MIRER & SINGLA, PLLC

                          ____/s/_____
                          Jeanne Mirer, Esq.

To all parties via ECF