UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL PREJEAN,

                  Plaintiff,

       -v.-

INFOSYS LIMITED, MARK LIVINGSTON,
DAN ALBRIGHT, and JERRY KURTZ,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023

20 Civ. 8018 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

The stipulation for substitution of attorney filed on behalf of Defendants Dan Albright and Jerry Kurtz (ECF No. 94) is DENIED without prejudice.  Counsel may be substituted by a "stipulation which has been signed by counsel, the counsel's client, *and all other parties*."  Committee Note, Local Rule 1.4 (emphasis added).  Defendants' counsel shall file a stipulation and proposed order that meets this requirement.

      SO ORDERED.

Dated:  April 28, 2023
       New York, New York

                             JENNIFER H. REARDEN
                             United States District Judge