USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jill Prejean,

                Plaintiff,

-against-

Infosys Limited, Mark Livingston, Dan Albright and Jerry Kurtz,

                Defendants.

1:20-cv-08018 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, for the reasons stated on the record, it is hereby ORDERED, as follows:

1. Plaintiff's cross-motion to compel Defendants to produce documents responsive to Document Request Nos. 13, 14, 15 and 16 (ECF No. 112) is DENIED. The Court finds, in its discretion, that these document requests are not proportional to the needs of the case.

2. Defendants' motion for a protective order (*see* ECF No. 110) is DENIED AS MOOT.

3. Defendants' request for sanctions against Plaintiff (*see* ECF No. 110) is DENIED.

4. The Clerk of Court is respectfully requested to terminate the gavels at ECF Nos. 110 and 112.

**SO ORDERED.**

Dated:    New York, New York
            October 24, 2023

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge