UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jill Prejean,

                Plaintiff,

-against-

Infosys Limited, Mark Livingston, Dan Albright and Jerry Kurtz,

                Defendants.

1:20-cv-08018 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, for the reasons stated on the record, it is hereby ORDERED, as follows:

1. Based upon the representation by Defendants' counsel that they will be conducting diligent searches regarding responsive text messages of Messrs. Livingston, Kelley and Sharma, and producing any such text messages, Plaintiff's Letter Motion to compel production of such text messages (*see* ECF No. 124) is DENIED AS MOOT.

2. Plaintiff's Letter Motion to compel production by Defendants of EEO-1 data (*see* ECF No. 124) is DENIED.

3. Based upon the representation by Plaintiff's counsel that, after a diligent search, no responsive Facebook documents exist, Defendants' Letter Motion with respect to such documents (*see* ECF No. 123) is DENIED AS MOOT.

4. Based upon the representation by Plaintiff's counsel that they will be conducting a diligent search regarding responsive LinkedIn messages of Plaintiff, and producing any

1

such messages, Defendants' Letter Motion to compel production of such messages (*see* ECF No. 123) is DENIED AS MOOT.

5. Based upon the representation by Plaintiff's counsel that they have conducted a diligent search for any responsive text messages to or from Plaintiff (including on iCloud), and already produced such text messages, the Letter Motion seeking to compel production of such text messages (*see* ECF No. 123) is DENIED AS MOOT.

6. The deadline to complete Plaintiff's deposition is extended until Friday, January 5, 2024.

7. The Clerk of Court is respectfully requested to terminate the gavels at ECF Nos. 123 and 124.

**SO ORDERED.**

Dated:   New York, New York
         November 7, 2023

_____
STEWART D. AARON
United States Magistrate Judge